# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**The Estate of Isaiah Trammell,**              :

        **Plaintiff,**

                                       :

-vs-                                                       Case No.   3:25-CV-0086

                                       :

**Montgomery County et al.,**

                                       :

        **Defendants.**

## ORDER

The Honorable Thomas M. Rose, of the United States District Court for the Southern District of Ohio, Western Division, Dayton, hereby recuses himself from this matter.

The above captioned matter is hereby TRANSFERRED from the docket of the Honorable Thomas M. Rose, to the Clerk of the United States District Court for the Southern District of Ohio at Dayton, for random reassignment.

**DONE** and **ORDERED** in Dayton, Ohio, this 20th day of March 2025.

                                                         *s/ Thomas M. Rose*

                                                         THOMAS M. ROSE
                                                         UNITED STATES DISTRICT JUDGE