**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**THE ESTATE OF ISAIAH TRAMMELL**
By Administrator William M. Harrelson II,

Plaintiff,

v.

**MONTGOMERY COUNTY, et al.,**

Defendants.

**Case No. 3:25-CV-00086-MJN-CHG**

Judge Michael J. Newman

Magistrate Judge Caroline H. Gentry

**UNOPPOSED MOTION REQUESTING EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTIONS TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 6.1(a), Defendants NaphCare, Inc., Brittanie Holzfaster, Cassie Kilpatrick Smith, and Patrick Redman, and Defendants Montgomery County and the Montgomery County Board of Commissioners (collectively here, the "Moving Defendants"), respectfully move the Court for a 14-day extension of time, through **September 9, 2025,** to file their reply memorandum in support of their Motions to Dismiss (ECF Nos. 19 & 21). Counsel for Plaintiff confirmed via email that they do not oppose this requested extension.

In analyzing a request for an extension, courts consider whether the motion was timely filed and whether the non-movant will suffer prejudice. *Haggard v. Stevens*, No. 2:09-CV-1144, 2010 WL 1032625, at *1 (S.D. Ohio Mar. 16, 2010). "Under Fed.R.Civ.P. 6(b), '[e]xtensions always may be asked for, and usually are granted upon a showing of good cause, if timely made ....'" *Id*. (quoting *Creedon v. Taubman*, 8 F.R.D. 268, 269 (N.D. Ohio 1947)). "Of course, prejudice

to the non-moving party is always a consideration when any request for an extension is made pursuant to Rule 6(b)." *Id*.

The Court should grant this motion because good cause exists, the motion is timely, and because no party will be prejudiced by this extension. Counsel for the Moving Defendants request this extension to accommodate several scheduling conflicts created by professional and personal demands. This request is timely, as it is being made in advance of the original August 26, 2025, deadline for the Moving Defendants' reply memorandum (14 days after the filing of Plaintiff's Oppositions, ECF Nos. 23 & 24, pursuant to Local Civil Rule 7.2(a)(2)). This brief extension will not interpose unnecessary delay or cause prejudice to any party, as demonstrated by Plaintiff's lack of opposition to the requested extension.

Therefore, the Moving Defendants respectfully request that the Court grant this motion, extending the time in which the Moving Defendants may file their reply memorandum in support of their Motions to Dismiss through September 9, 2025.

A proposed Order granting this Joint Motion is attached hereto.

Respectfully submitted this 20th day of August, 2025, by:

*/s/ Erika Dackin Prouty*
Erika Dackin Prouty (0095821)
*Trial Attorney*
**BAKER & HOSTETLER LLP**
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Telephone: 614.462.4710
Facsimile: 614.462.2616
Email: eprouty@bakerlaw.com

Gregory C. Ulmer
*Admitted pro hac vice*
Texas Bar No. 00794767
gulmer@bakerlaw.com
Julia Bennett-Jean

*Pro hac vice application forthcoming*
Texas Bar No. 24106642
Email: jbennettjean@bakerlaw.com

811 Main Street
Suite 1100
Houston, TX 77002-6111
Telephone: 713.751.1600
Facsimile: 713.751.1717

Jarvarus A. Gresham
Georgia Bar No. 873933
*Admitted pro hac vice*
jgresham@bakerlaw.com

1170 Peachtree Street, NE
Suite 2400
Atlanta, GA 30309-7676
Telephone: 404.946.9791
Facsimile: 404.459.5734

*Attorneys for Defendants NaphCare, Inc., Brittanie Holzfaster, Cassie Kilpatrick Smith, and Patrick Redman*

MATHIAS H. HECK, JR.
PROSECUTING ATTORNEY

*/s/Ward C. Barrentine*
Ward C. Barrentine (0074366)
Joshua T. Shaw (0087456)
Collin B. Showe (0093805)
Assistant Prosecuting Attorneys
301 West Third Street
P.O. Box 972
Dayton, Ohio 45422
Telephone: (937) 225-5757
barrentinw@mcohio.org
shawj@mcohio.org
showec@mcohio.org

*Attorneys for Defendants Montgomery County, Montgomery County Board of County Commissioners, Joseph Solomon, Brian Godsey, Michael Bittinger, Connor Blum, Daniel J. Choi, Christopher L. Jones, A. Littlejohn, and Adelina Osweiler*

## CERTIFICATE OF SERVICE

I, Erika Dackin Prouty hereby certify that on this 20th day of August, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's CM/ECF filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

*/s/Erika Dackin Prouty*
Erika Dackin Prouty (0095821)

*Attorney for Defendants NaphCare, Inc., Brittanie Holzfaster, Cassie Kilpatrick Smith, and Patrick Redman*