IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE ESTATE OF ISAIAH TRAMMELL<br>By Administrator William M. Harrelson II,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONTGOMERY COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 3:25-CV-00086-MJN-CHG<br><br>Judge Michael J. Newman<br><br>Magistrate Judge Caroline H. Gentry |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Erika Dackin Prouty, trial attorney for Defendants NaphCare, Inc., Brittanie Holzfaster, Cassie Kilpatrick Smith, and Patrick Redman in the above-referenced action, hereby moves the court to admit Julia Bennett-Jean pro hac vice to appear and participate as co-counsel in this case for Defendants NaphCare, Inc., Brittanie Holzfaster, Cassie Kilpatrick Smith, and Patrick Redman.

Movant represents that Julia Bennett-Jean is a member in good standing of the highest court of Texas as attested by the accompanying certificate from that court and that Julia Bennett-Jean is not eligible to become a member of the permanent bar of this Court. This motion is accompanied by the required filing fee.

Julia Bennett-Jean's relevant identifying information is as follows:

Business Telephone:  713.751.1671  Business Fax: 713.751.1717

Business Address: 811 Main Street, Suite 1100, Houston, TX 77002-6111

Business Email Address: jbennettjean@bakerlaw.com

DATED:  August 20, 2025 	Respectfully submitted,

 

      <u>s/Erika Dackin Prouty</u>
Erika Dackin Prouty (0095821)
*Trial Attorney*
**BAKER & HOSTETLER LLP**
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
Telephone: 614.462.4710
Facsimile: 614.462.2616
Email: eprouty@bakerlaw.com

*Attorney for Defendants NaphCare, Inc., Brittanie Holzfaster, Cassie Kilpatrick Smith, and Patrick Redman*

## **CERTIFICATE OF SERVICE**

I, Erika Dackin Prouty hereby certify that on this 20th day of August, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's CM/ECF filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

*s/Erika Dackin Prouty*
Erika Dackin Prouty (0095821)

*Attorney for Defendants NaphCare, Inc., Brittanie Holzfaster, Cassie Kilpatrick Smith, and Patrick Redman*